STATE OF NEW JERSEY v. LOLA RODRIQUEZ.

May 29, 1974. Petition for certification granted.

ADELA RODRIGUEZ v. JOSE RODRIGUEZ.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ELAINE MILLER.

May 29, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. RAYMOND DAVIS.

May 29, 1974. Petition for certification granted. (See 127 *N. J. Super.* 55).

VOLUNTEER SAVINGS AND LOAN ASSOCIATION OF LITTLE FERRY v. REBECCA SUBAR.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD COPELAND.

May 29, 1974. Petition for certification denied.